UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SLADANA LUCICH d/b/a/ WHITE OAKS AUTO BODY,<br><br>　　　　　Defendant. | Case No.: C 07-507   RMW<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

On May 18, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

1     IT IS FURTHER ORDERED that the parties are referred to the Court Sponsored
2 Mediation Program.
3     IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4     Plaintiff's Designation of Experts with Reports . . . . . . . . . . . . . . . . . December 21, 2007
5     Defendant's Designation of Rebuttal Experts with Reports . . . . . . . . . . January 11, 2008
6     Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 11, 2008
7     Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 25, 2008
8     Last Day for Dispositive Motion Hearing . . . . . . . . . . . 9:00 a.m. on February 29, 2008
9     Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on March 24, 2008
10     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1:30 p.m. on April 14, 2008
11     IT IS HEREBY ORDERED that the parties shall comply with Judge Whyte's Standing
12 Order Re: Pre-Trial Preparation (rev. 2/26/03),[1] with regard to the timing and content all pretrial
13 submissions.
14 Dated: May   21,   2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Whyte's standing order is available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Whyte's name, then on the "Judge Whyte's Standing Orders" link, and finally on the bullet for " Judge Whyte's Standing Order re Pretrial Preparation (02/26/2003)."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*