1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12  EQUAL EMPLOYMENT                  )   Case No.: C 07-507   RMW
    OPPORTUNITY COMMISSION,           )
13                                    )   **SUPPLEMENTAL CASE**
                        Plaintiff,    )   **MANAGEMENT CONFERENCE**
14                                    )   **ORDER**
               v.                     )
15                                    )
    SLADANA LUCICH d/b/a/ WHITE       )
16  OAKS AUTO BODY,                   )
                                      )
17                      Defendant.    )
    _____ )
18

19       On May 18, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for

20  a Case Management Conference.   Good Cause appearing, the Case Management Order is hereby

21  amended as follows:

22           1.    The presumptive limits on discovery set forth in the Federal Rules of Civil

23                 Procedure are modified to allow each side to take fifteen depositions; and

24           2.    The Final Pretrial Conference shall be held on 2:00 p.m. on March 27,

25                 2008.

26  Dated:  May 22,   2007

27                                              _____
                                                PATRICIA V. TRUMBULL
28                                              United States Magistrate Judge


ORDER, *page 1*