WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

FENN C. HORTON, III, SBN# 119888
ANTHONY J. ADAIR, SBN# 246811
A Professional Corporation
225 West Santa Clara Street, Suite 1500
San Jose, CA  95113-1752
Telephone:  (408) 286-5100
Facsimile:  (408) 286-5722

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

### *E-FILED - 9/13/07*

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

             Plaintiff(s),

     vs.

SLADANA LUCICH, d/b/a WHITE
OAKS AUTO BODY,

             Defendant(s).

) Case No.: C-07-00507 RMW
)
) **STIPULATION AND [PROPOSED]**
) **ORDER REQUESTING FURTHER**
) **EXTENSION OF DEADLINE TO FILE**
) **AMENDED PLEADINGS/JOIN**
) **ADDITIONAL PARTIES**
)
)
)
)
)
)

### STIPULATION

     WHEREAS, on August 7, 2007, this Court issued an Order

Granting Plaintiff EEOC's Motion to Extend Deadline for Joinder

of Additional Parties and Amending Pleadings from July 23, 2007

to September 28, 2007;

WHEREAS, the parties held a mediation session on July 31, 2007;

WHEREAS, at the July 31st mediation session, the parties agreed to a tentative settlement which is contingent upon Plaintiff EEOC receiving certain financial records from Defendant which were due on August 21, 2007 and to allow sufficient time for the EEOC's expert at EEOC Headquarters to inspect and analyze said records;

WHEREAS, at the July 31st mediation, the parties also agreed to vacate the existing noticed depositions for purposes of efficiency and economy and in order to attempt good faith settlement negotiations;

WHEREAS, on August 21, 2007, Defendant requested a two-week extension to September 7, 2007 in order to submit the financial documents to the EEOC;

WHEREAS, the EEOC would also need additional time to allow its expert to review said financial records;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions at the same time the parties are attempting to settle this case in good faith;

////

////

////

1   WHEREAS, the parties' agreement to further extend the
2   Deadline for Joinder of Additional Parties and Amending
3   Pleadings does not alter any other date of any event of any
4   deadline already fixed by Court Order;
5   THEREFORE, Plaintiff EEOC and Defendant White Oaks
6   Auto Body, Inc, through their counsel of record, hereby
7   STIPULATE to further extend the Deadline for Joinder of
8   Additional Parties and Amending Pleadings from September 28, 2007
9   to October 31, 2007.

10

11   Dated:    August 26 2007
                                        Attorney for Plaintiff
12                                      EQUAL EMPLOYMENT OPPORTUNITY
13                                      COMMISSION

14   Dated:    August 24 2007
15                                      Attorney for Defendant
                                        WHITE OAKS AUTO BODY, INC.
16

17

18

19                            **ORDER**

20   Pursuant to the Stipulation above, IT IS SO ORDERED.

21

22   Dated:    9/13/07
                                        Honorable Ronald M. Whyte
23                                      UNITED STATES DISTRICT JUDGE

24

25

0 - 3