WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

FENN C. HORTON, III, SBN# 119888
ANTHONY J. ADAIR, SBN# 246811
A Professional Corporation
225 West Santa Clara Street, Suite 1500
San Jose, CA  95113-1752
Telephone:  (408) 286-5100
Facsimile:  (408) 286-5722

*E-FILED - 11/26/07*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff(s), <br><br> vs. <br><br> SLADANA LUCICH, d/b/a WHITE OAKS AUTO BODY, <br><br> Defendant(s). | Case No.: C-07-00507 RMW <br><br> **STIPULATION AND [ ] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT AND TRIAL DATES** |

**STIPULATION**

Plaintiff EEOC and Defendant White Oaks Auto Body Inc., through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties agreed to a tentative settlement at a mediation session on July 31, 2007 which was contingent upon Plaintiff EEOC receiving certain financial records from

0 - 1

Defendant by August 21, 2007 to confirm Defendant's financial condition and to allow sufficient time for the EEOC's expert at EEOC Headquarters to inspect and analyze said records;

WHEREAS, at the July 31st mediation, the parties also agreed to vacate the existing noticed depositions and discovery for purposes of efficiency and economy and in order to attempt good faith settlement negotiations;

WHEREAS, on August 21, 2007, Defendant requested a two-week extension to September 7, 2007 in order to submit the financial documents to the EEOC and the EEOC received those documents on September 11, 2007;

WHEREAS, on September 25, 2007 the EEOC informed Defendant that the EEOC's expert requested additional financial records in order to better assess Defendant's financial condition;

WHEREAS, on October 16, 2007, the parties agreed to schedule a conference call on October 25, 2007 to discuss the records request and to engage in further settlement negotiations;

WHEREAS, the parties expect to continue to engage in good faith settlement negotiation during the ensuing months and the parties recognize that more time is needed in order effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery at the same time the parties are attempting to settle this case in good faith;

WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | October 31, 2007 |
| Plaintiff's Designation of Experts Reports | December 21, 2007 |
| Defendant's Designation of Rebuttal Experts with Reports | January 11, 2008 |
| Fact Discovery Cutoff | January 11, 2008 |
| Expert Discovery Cutoff | January 25, 2008 |
| Last Day for Dispositive Motion Hearing | February 29, 2008 9:00 a.m. |
| Final Pretrial Conference | March 27, 2008 2:00 p.m. |
| Trial | April 14, 2008 1:30 p.m. |

THEREFORE, Plaintiff EEOC and Defendant White Oaks Auto Body, Inc, through their counsel of record, hereby respectfully request this Court to extend the Case Management and Trial Dates approximately ninety (90) days as follows to allow the parties to negotiate a settlement in good faith:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | January 29, 2008 |
| Plaintiff's Designation of Experts Reports | March 21, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | April 11, 2008 |
| Fact Discovery Cutoff | April 11, 2008 |
| Expert Discovery Cutoff | April 25, 2008 |
| Last Day for Dispositive Motion Hearing | May 30, 2008 9:00 a.m. |
| Final Pretrial Conference | June 26, 2008 2:00 p.m. |
| Trial | July 14, 2008 1:30 p.m. |

Dated: 10/23/07         /s/ Sanya P. Hill Maxion
                        _____
                        Attorney for Plaintiff
                        EQUAL EMPLOYMENT OPPORTUNITY
                              COMMISSION

Dated: 10/23/07         /s/ Anthony J. Adair
                        _____
                        Attorney for Defendant
                        WHITE OAKS AUTO BODY, INC.

1                                    **ORDER**

2  Pursuant to the Stipulation above, the Case Management and Trial
3  Dates are to be extended as follows:

4

5      Deadline for Joinder of Any Additional      January 29, 2008
       Parties/Amendment of Pleadings
6
       Plaintiff's Designation of Experts          March 21, 2008
7      Reports

8      Defendant's Designation of Rebuttal         April 11, 2008
       Experts with Reports
9
       Fact Discovery Cutoff                       April 11, 2008
10
       Expert Discovery Cutoff                     April 25, 2008
11
       Last Day for Dispositive                    May 30, 2008
12     Motion Hearing                                  9:00 a.m.

13     Final Pretrial Conference                   June 26, 2008
14                                                     2:00 p.m.

15     Trial                                       July 14, 2008
                                                       1:30 p.m.
16

17

18

19

20  IT IS SO ORDERED.

21

22  Dated:  11/26/07                    _____
                                        *Ronald M. Whyte*
23                                      Honorable Ronald M. Whyte
                                        UNITED STATES DISTRICT JUDGE
24

25