WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

FENN C. HORTON, III, SBN# 119888
ANTHONY J. ADAIR, SBN# 246811
A Professional Corporation
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722

*E-FILED - 2/7/08*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff(s), <br><br> vs. <br><br> SLADANA LUCICH, d/b/a WHITE OAKS AUTO BODY, <br><br> Defendant(s). | Case No.: C-07-00507 RMW <br><br> **SECOND STIPULATION AND [] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT AND TRIAL DATES** |

**STIPULATION**

Plaintiff EEOC and Defendant White Oaks Auto Body Inc., through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties agreed to a tentative settlement at a mediation session on July 31, 2007 which was contingent upon Plaintiff EEOC receiving certain financial records from

0 - 1

Defendant by August 21, 2007 to confirm Defendant's financial condition and to allow sufficient time for the EEOC's expert at EEOC Headquarters to inspect and analyze said records;

WHEREAS, at the July 31st mediation, the parties also agreed to vacate the existing noticed depositions and discovery for purposes of efficiency and economy and in order to attempt good faith settlement negotiations;

WHEREAS, since July 31, 2007, the parties have engaged in numerous conference calls to discuss the records requests and to engage in further settlement negotiations and have exchanged numerous documents and correspondence.

WHEREAS, the parties have agreed to schedule another conference call to be held before the end of January 2008 to continue the settlement negotiations.

WHEREAS, on November 26, 2007, this Court granted the parties' First Stipulation and Proposed Order Requesting Extension of Case Management and Trial Dates;

WHEREAS, the parties expect to continue to engage in good faith settlement negotiation during the ensuing months and the parties recognize that more time is needed in order effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery or trial at the same time the parties are attempting to settle this case in good faith;

WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | January 29, 2008 |
| Plaintiff's Designation of Experts Reports | March 21, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | April 11, 2008 |
| Fact Discovery Cutoff | April 11, 2008 |
| Expert Discovery Cutoff | April 25, 2008 |
| Last Day for Dispositive Motion Hearing | May 30, 2008 9:00 a.m. |
| Final Pretrial Conference | June 23, 2008 2:00 p.m. |
| Trial | July 14, 2008 1:30 p.m. |

THEREFORE, Plaintiff EEOC and Defendant White Oaks Auto Body, Inc, through their counsel of record, hereby respectfully request this Court to extend the Case Management

and Trial Dates approximately sixty (60) more days as follows to allow the parties to negotiate a settlement in good faith:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | March 25, 2008 |
| Plaintiff's Designation of Experts Reports | March 23, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | June 13, 2008 |
| Fact Discovery Cutoff | June 13, 2008 |
| Expert Discovery Cutoff | June 27, 2008 |
| Last Day for Dispositive Motion Hearing | July 25, 2008 9:00 a.m. |
| Final Pretrial Conference | August 28, 2008 2:00 p.m. |
| Trial | September 15, 2008 1:30 p.m. |

Dated: _____1/8/08\_\_  \_s/ Sanya Hill-Maxion_____
                          Attorney for Plaintiff
                          EQUAL EMPLOYMENT OPPORTUNITY
                                   COMMISSION

Dated: \_ _____1/8/08\_\_\_  \_s/ A.J. Adair_____
                          Attorney for Defendant
                          WHITE OAKS AUTO BODY, INC.

## ORDER

Pursuant to the Stipulation above, the Case Management and Trial Dates are to be extended as follows:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | March 25, 2008 |
| Plaintiff's Designation of Experts Reports | March 23, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | June 13, 2008 |
| Fact Discovery Cutoff | June 13, 2008 |
| Expert Discovery Cutoff | June 27, 2008 |
| Last Day for Dispositive Motion Hearing | July 25, 2008 9:00 a.m. |
| Final Pretrial Conference | August 28, 2008 2:00 p.m. |
| Trial | September 15, 2008 1:30 p.m. |

IT IS SO ORDERED.

Dated: 2/7/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE