WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

FENN C. HORTON, III, SBN# 119888
ANTHONY J. ADAIR, SBN# 246811
A Professional Corporation
225 West Santa Clara Street, Suite 1500
San Jose, CA  95113-1752
Telephone:  (408) 286-5100
Facsimile:  (408) 286-5722

*E-FILED - 3/25/08*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>SLADANA LUCICH, d/b/a WHITE OAKS AUTO BODY,<br><br>    Defendant(s). | Case No.: C-07-00507 RMW<br><br>**THIRD STIPULATION AND [] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT AND TRIAL DATES** |

**STIPULATION**

Plaintiff EEOC and Defendant White Oaks Auto Body Inc., through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties agreed to a tentative settlement at a mediation session on July 31, 2007 which was contingent upon Plaintiff EEOC receiving certain financial records from

0 - 1

Defendant by August 21, 2007 to confirm Defendant's financial condition and to allow sufficient time for the EEOC's expert at EEOC Headquarters to inspect and analyze said records;

WHEREAS, at the July 31st mediation, the parties also agreed to vacate the existing noticed depositions and discovery for purposes of efficiency and economy and in order to attempt good faith settlement negotiations;

WHEREAS, on August 21, 2007, Defendant requested a two-week extension to September 7, 2007 in order to submit the financial documents to the EEOC and the EEOC received those documents on September 11, 2007;

WHEREAS, on September 25, 2007 the EEOC informed Defendant that the EEOC's expert requested additional financial records in order to better assess Defendant's financial condition;

WHEREAS, since October 16, 2007, the parties have engaged in numerous conference calls to discuss the records requests and to engage in further settlement negotiations

WHEREAS, on November 26, 2007, this Court granted the parties' First Stipulation and Proposed Order Requesting Extension of Case Management and Trial Dates;

WHEREAS, on February 7, 2008, this Court granted the parties' Second Stipulation and Proposed Order Requesting Extension of Case Management and Trial Dates;

WHEREAS, the parties expect to continue to engage in good faith settlement negotiation during the ensuing months and the parties recognize that more time is needed in order effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery or trial at the same time the parties are attempting to settle this case in good faith;

WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | March 25, 2008 |
| Plaintiff's Designation of Experts Reports | March 23, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | June 13, 2008 |
| Fact Discovery Cutoff | June 13, 2008 |
| Expert Discovery Cutoff | June 27, 2008 |
| Last Day for Dispositive Motion Hearing | July 25, 2008 9:00 a.m. |
| Final Pretrial Conference | August 25, 2008 2:00 p.m. |
| Trial | September 15, 2008 1:30 p.m. |

THEREFORE, Plaintiff EEOC and Defendant White Oaks Auto Body, Inc, through their counsel of record, hereby respectfully request this Court to extend the Case Management and Trial Dates approximately sixty (60) more days as follows to allow the parties to negotiate a settlement in good faith:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | May 30, 2008 |
| Plaintiff's Designation of Experts Reports | July 25, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | August 15, 2008 |
| Fact Discovery Cutoff | August 15, 2008 |
| Expert Discovery Cutoff | August 29, 2008 |
| Last Day to hear Dispositive Motion Hearing | September 26, 2008 9:00 a.m. |
| Final Pretrial Conference | October 30, 2008 2:00 p.m. |
| Trial | November 17, 2008 1:30 p.m. |

Dated: _March 18, 2008__     s/Sanya Hill Maxion_____
                             Attorney for Plaintiff
                             EQUAL EMPLOYMENT OPPORTUNITY
                                      COMMISSION

Dated: _March 18, 2008__     s/ Fenn C. Horton, III____
                             Attorney for Defendant
                             WHITE OAKS AUTO BODY, INC.

**ORDER**

Pursuant to the Stipulation above, the Case Management and Trial Dates are to be extended as follows:

| | |
|---|---|
| Deadline for Joinder of Any Additional Parties/Amendment of Pleadings | May 30, 2008 |
| Plaintiff's Designation of Experts Reports | July 25, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | August 15, 2008 |
| Fact Discovery Cutoff | August 15, 2008 |
| Expert Discovery Cutoff | August 29, 2008 |
| Last Day to hear Dispositive Motion Hearing | September 26, 2008 9:00 a.m. |
| Final Pretrial Conference | October 30, 2008 2:00 p.m. |
| Trial | November 17, 2008 1:30 p.m. |

IT IS SO ORDERED.   No further continuances. (rmw)

Dated: 3/25/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE